UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SCATTAGALIA, ET AL.,<br><br>   Defendant. | No. 2:17-cr-00187-GEB |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>AARON GILLIAM,<br>   Defendant. | No. 2:17-cr-00200-KJM<br><br>**RELATED CASE ORDER** |

On November 1, 2017, the United States of America filed a "Notice of Related Cases" in which it states:

> Both of the above-referenced cases arise out of a series of on-going investigations by Federal Bureau of Investigation ("FBI"), Department of Homeland Security, Homeland Security Investigations ("HSI"), and Department of Motor Vehicles-Office of Internal Affairs ("DMV-OIA"). In particular, the named defendants in United States v. Scattaglia, et al., 2:17-cr-00187 GEB are charged with conspiracy to commit bribery, to commit identity fraud, and to commit unauthorized access of a computer, in violation of 18 U.S.C. § 371. The information in Scattaglia, et al. alleges that both of

1

the named defendants, who were former DMV employees in Southern California, conspired with owners of truck schools and other "brokers" to obtain California driver licenses ("CDLs") for the brokers' clients without the applicants needing to take or pass the requisite examinations. 1

Through the course of the FBI/HSI/DMV-OIA investigations that resulted in the information filed in United States v. Scattaglia, et al., 2:17-cr-187 GEB, defendant Aaron Gilliam in the case United States v. Gilliam, 2:17-cr-200 KJM, was identified as a subject of the on-going investigations. In particular, after having identified Scattaglia and Terraciano as allegedly being engaged in fraudulent conduct, DMV-OIA began an analysis of the DMV records accessed by those defendants to identify other fraudulent conduct. In the course of that analysis, DMV-OIA identified defendant Gilliam in 2:17-cr-200 KJM as also accessing some of the same DMV records that were accessed by defendants Kari Scattaglia and Lisa Terraciano in 2:17-cr-187 GEB. Further, the investigation uncovered evidence that defendant Terraciano in Scattaglia, et al., was allegedly accepting money from a broker to access the DMV's database to alter records to fraudulently show that applicants had passed the written tests when they had not done so. The information in Gilliam, 2:17-cr-200 KJM, alleges that Gilliam conspired with this same broker to access the DMV's database to alter records to fraudulently show that applicants had passed the written tests when they had not done so.

In sum, both Scattaglia, et al., 2:17-cr-187 GEB and Gilliam, 2:17-cr-200 KJM, each charge a similar conspiracy to commit bribery, to commit identity fraud, and to commit unauthorized access of a computer, and include overlapping evidence as to at least one presently uncharged coconspirator, among other items. Compare Scattaglia, Dckt. No. 1 with Gilliam, Dckt. No. 1. 2 The United States also believes that there may be some overlapping evidentiary questions as well as the same or similar questions of law, including the calculation of the advisory sentencing guidelines based on the same or similar issues unique to the DMV bribery cases.

| | |
|---|---|
| 1 | Mot. to Relate 2:3-3:7, ECF No. 26 in 2:17cr-00187-GEB (footnotes |
| 2 | omitted). |
| 3 | Examination of the above-entitled actions reveals that |
| 4 | they are related within the meaning of Local Rule 123 (E.D. Cal. |
| 5 | 2005). Under the regular practice of this court, related cases |
| 6 | are generally assigned to the judge to whom the first filed |
| 7 | action was assigned. Therefore, case number 2:17-cr-00200-KJM is |
| 8 | reassigned to the undersigned judge for all further proceedings, |
| 9 | and the caption on the reassigned cases shall show the initials |
| 10 | "GEB." Further, any date currently set in the reassigned case is |
| 11 | VACATED. |
| 12 | The Clerk of the Court shall make an appropriate |
| 13 | adjustment in the assignment of criminal cases to compensate for |
| 14 | this reassignment. |
| 15 | Dated: November 2, 2017 |

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge