McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00187 GEB |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| v. | |
| KARI SCATTAGLIA, *et al.*, | |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorneys Todd A. Pickles and Rosanne L. Rust, and defendants Kari Scattaglia and Lisa Terraciano, and by and through their counsel of record, hereby stipulate:

1. On November 3, 2017, defendants pled guilty to the sole-count in the information and the matter was referred to the Probation Office for preparation of a pretrial investigation report. The matter is presently set for a judgment and sentencing hearing on February 2, 2018.

2. By this stipulation, the parties jointly request that this Court continue the judgment and sentencing hearing until June 29, 2018 at 9:00 a.m.

3. Because the defendants have pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED AND REQUESTED.

Dated: January 29, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys

Dated: January 29, 2018

By: */s/ Todd A. Pickles for*
WILLIAM KROGER, Esq.

Counsel for defendant Kari Scattaglia

Dated: January 29, 2018

By: */s/ Todd A. Pickles for*
CHRISTOPHER COSCA, Esq.

Counsel for defendant Lisa Terraciano

## [PROPOSED] FINDINGS AND ORDER

The Court hereby continues the judgment and sentencing hearing to June 29, 2018 at 9:00 a.m. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of June 29, 2018.

IT IS SO FOUND AND ORDERED.

Dated: January 30, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge