UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARI SCATTAGALIA, ET AL.,<br><br>　　　　Defendant. | No. 2:17-cr-00187-GEB |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AARON GILLIAM,<br><br>　　　　Defendant. | No. 2:17-cr-00200-GEB |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAMANPREET SING,<br><br>　　　　Defendant. | No. 2:18-cr-00089-JAM<br><br>**RELATED CASE ORDER** |

On May 1, 2018, the United States of America filed a "Notice of Related Cases" concerning the above captioned cases. ECF No. 3. The cases are related within the meaning of Local

Rule 123 (E.D. Cal. 2005). Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned. Therefore, case number 2:18-cr-00089-JAM is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned case shall show the initials "GEB." Further, any date currently set in the reassigned case is VACATED.

The Clerk of the Court shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: May 1, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge