McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00187 GEB |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| v. | |
| KARI SCATTAGLIA, *et al.*, | |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorneys Todd A. Pickles and Rosanne L. Rust, and defendants Kari Scattaglia and Lisa Terraciano, and by and through their counsel of record, hereby stipulate:

1. On November 3, 2017, defendants pled guilty to the sole-count in the information and the matter was referred to the Probation Office for preparation of a pretrial investigation report. By prior order, the matter was set for a judgment and sentencing hearing on October 5, 2018 at 9:00 a.m.

2. Trial has now been set in the related case *United States v. Jagpal Singh*, *et al.*, 2:17-cr-210 GEB for April 2019. Accordingly, by this stipulation, the parties jointly request that this Court continue the judgment and sentencing hearing until May 10, 2019.

3. Because the defendants have pleaded guilty, the provisions of the Speedy Trial Act do not apply to this request.

4. Additionally, defendants each expressly agree that they will appear before the Court on the date of May 10, 2019 and acknowledge that their failure to appear on that date may result in their immediate incarceration, that the United States may file additional charges for their failure to appear, which could result in a sentence of up to 10 years imprisonment in addition to the sentence imposed in this case, and that any failure to appear may jeopardize any motion for downward departure under U.S.S.G. § 5K1.1 that the United States might file based on any substantial assistance provided to the prosecution to date.

5. Counsel for the defense agree that they will provide a copy of the stipulation and the Court's order to their clients.

IT IS SO STIPULATED AND REQUESTED.

Dated: September 28, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys

Dated: September 28, 2018

By: */s/ William Kroger (as approved 9/28/2018)*
WILLIAM KROGER, Esq.

Counsel for defendant Kari Scattaglia

Dated: September 28, 2018

By: */s/ Christopher Cosca (as approved 9/28/2018)*
CHRISTOPHER COSCA, Esq.

Counsel for defendant Lisa Terraciano

**FINDINGS AND ORDER**

The Court hereby continues the judgment and sentencing hearing to May 10, 2019 at 9:00 a.m. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of May 10, 2019.

Each of the defendants is ordered to appear on May 10, 2019.

IT IS SO FOUND AND ORDERED.

Dated: October 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge