IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No.: 2-17-CR-00187 GEB |
| **Plaintiff,** | ) | |
| vs. | ) | **(PROPOSED) ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| **KARI SCATTAGLIA, et al.,** | ) | |
| **Defendant.** | ) | |

**FINDINGS AND ORDER**

The Court hereby continues the judgment and sentencing hearing to July 26, 2019 at 9:00 am. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with the judgement and sentencing date of July 26, 2019.

Defendant Kari Scattaglia is ordered to appear on July 26, 2019.

IT IS SO FOUND AND ORDERED.

Dated: May 8, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

(PROPOSED) ORDER TO CONTINUE JUDGMENT AND SENTENCING